2015-1525, -1526, -1527, -1528

# United States Court of Appeals for the Federal Circuit

CLEAR WITH COMPUTERS LLC,
*Plaintiff-Appellant*,

v.

ALTEC INDUSTRIES INC., BAD BOY MOWERS INC., BAD BOY INC., THE MEN'S WEARHOUSE, INC., and VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA LLC,
*Defendants-Appellees*,

*Appeal from the United States District Court for the Eastern District of Texas in case nos. 6:14-cv-00079-JRG, 6:14-cv-00081-JRG, 6:14-cv-00085-JRG, and 6:14-cv-00089-JRG, Judge Rodney Gilstrap*

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO ACCEPT PLAINTIFF-APPELLANT'S REPLY BRIEF**

September 22, 2015

John J. Edmonds
Shea N. Palavan
COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
spalavan@cepiplaw.com

*Attorneys for Plaintiff-Appellant*
*CLEAR WITH COMPUTERS LLC*

# **CERTIFICATE OF INTEREST**

Counsel for Plaintiff/Appellant, <u>Shea N. Palvan</u>, certifies the following:

1. The full name of every party or amicus represented by me is:

    Clear with Computers LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Appellant's parent company is Legacy Patent Holdings, LLC. No publicly held corporation owns 10% or more of Appellant's stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    <u>Current Counsel</u>:
    John J. Edmonds and Shea N. Palavan of COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC

    Richard C. Weinblatt of STAMOULIS & WEINBLATT LLC;

    Andrew W. Spangler of SPANGLER LAW, PC

    <u>Former Counsel</u>:
    Aarika K. McCloskey, formerly of SPANGLER LAW, PC.

Date: September 22, 2015          */s/ Shea N. Palavan*
                                  Shea N. Palavan

**TO THE HONORABLE JUDGE OF THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT AND TO ALL PARTIES TO THE ACTION WITHIN:**

Plaintiff/Appellant, Clear with Computers LLC, by and through undersigned counsel hereby respectfully moves this Honorable Court to accept the Plaintiff-Appellant's Reply Brief filed on September 16, 2015 (Dkt. No. 54).

This motion is made because Appellants' Brief was filed only a short time after the deadline of 11:59 P.M. EDT, September 15, 2015, due to a computer malfunction, wherein the motherboard in counsel's computer fatally failed as he was in the process of timely filing the reply. Because of this computer failure, all work on the brief performed on the computer was required to be re-created, including re-creating the table of contents and table authorities. But not for the failed hardware, he would have filed the reply on time.

For the reasons stated herein, including that the tardiness of Plaintiff/Appellant's brief was due to a fatal malfunction of counsel's computer which required re-creation of hours of work done locally on said computer, Plaintiff/Appellant respectfully moves that the Court excuse the late filing of the Reply Brief and accept the Reply Brief filed in the early hours of September 16, 2015 (Dkt. No. 54).

Counsel for Plaintiff/Appellant has conferred with counsel for the Appellees,

and they do not oppose this Motion.

WHEREFORE, Plaintiff/Appellant, respectfully requests that this Honorable Court grant the instant Motion and accept the Opening Brief of Plaintiff/Appellant (Dkt. No. 54) filed with the Court on September 16, 2015.

Dated: September 22, 2015

Respectfully submitted,

*/s/ Shea N. Palavan*
John J. Edmonds
Shea Palavan
Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
spalavan@cepiplaw.com

Attorneys for Plaintiff-Appellant
CLEAR WITH COMPUTERS LLC

## CERTIFICATE OF CONFERENCE

On September 22, 2015, the undersigned counsel for Plaintiff/Appellant conferred with counsel for Appellees, and they stated they do not oppose this Motion.

Dated: September 22, 2015           /s/ *Shea N. Palavan*
                                    Shea N. Palavan

                                    COLLINS, EDMONDS, POGORZELSKI,
                                    SCHLATHER & TOWER, PLLC

## CERTIFICATE OF SERVICE

I, Shea N, Palavan, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

On September 22, 2015, a copy of the foregoing Plaintiff/Appellee's Motion to Accept the Corrected Brief of Plaintiff-Appellee was filed electronically with the Clerk of the Court using the CM/ECF System, which will serve via electronic mail notice of such filing to all counsel registered as CM/ECF users.

Dated: September 22, 2015           /s/ *Shea N. Palavan*
                                    Shea N. Palavan

                                    COLLINS, EDMONDS, POGORZELSKI,
                                    SCHLATHER & TOWER, PLLC